SARAH L. MYERS et al., Respondents, v. THOMAS BOLTON et al., Appellants, Impleaded with Others.

(Submitted January 9, 1899; decided January 17, 1899.)

Motion for reargument denied, with ten dollars costs. (See 157 N. Y. 393.)

---

JOSEPH T. JONES, Respondent, v. THE TOWN OF TONAWANDA and JOHN K. PATTON, Supervisor, Appellants.

Reported below, 35 App. Div. 151.
(Submitted January 23, 1899; decided January 24, 1899.)

MOTION to place on the calendar and prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 19, 1898, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that the questions involved are of public importance, and that the speedy hearing of the appeal will prevent numerous litigations.

*John Cunneen* for motion.

No one opposed.

Motion granted.